# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Derrick S. Statham

_____,
(Full Name of each Plaintiff)

Plaintiff(s),

v.

City of milwaukee

_____,
(Full Name of each Defendant)

Defendant(s).

U.S. District Court
Wisconsin Eastern

JAN 22 2026

FILED
Clerk of Court

26-C-116

U.S. District Court
Wisconsin Eastern

JAN 22 2026

FILED
Clerk of Court

Case No. _____
(Supplied by Clerk)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I.** **PLACE OF PRESENT CONFINEMENT** (Provide full address)

_____

milwaukee county CRC

A.    Is there a grievance procedure in your prison/jail?    YES ☐    NO ☑

B.    Have you filed a grievance concerning the facts relating to this complaint?

YES ☐    NO ☑

**II.** **PARTIES**

A.    Your name (Plaintiff) Derrick S. Statham

B.    Prisoner I.D. Number 202501 4646

C.    Social Security Number (Last Four Digits Only) 7358

D.    Your Address (City & State) 8885. S 68th Franklin WI, 53132
(For additional plaintiffs provide the same information in the same format on a separate page.)

American LegalNet, Inc.
www.FormsWorkFlow.com

E. DEFENDANT (name) *Jesus Rodriguez Jr.*

is employed as *police officer*

at *2nd Dist. Milwaukee police department*

F. Additional DEFENDANTS (name, position, and place of employment):

*Justin Merritt, Kobe Mossman, Nickolas Gallert, Martez Ball, All police officers for City of Milwaukee 2nd Dist.*

## III. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?  ☐ YES  ☒ NO

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?☐ YES  ☒ NO

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2. Date filed _____

3. Court where case filed (if federal court, name district:  if state court, name the county)

4. Case number and citation _____

5. Nature of claim _____

_____

- 2 -

American LegalNet, Inc.
www.FormsWorkFlow.com

6. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

7. If resolved, date of disposition _____

8. If resolved, state whether for _____
   (plaintiff or defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM

A. State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the name of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra pages, if necessary. Unrelated separate claims should be raised in a separate civil action.

On August 16th 2025 at approximately 9:04pm, I was involved in a flee/elud police where I eventually jumped out of the car and ran on foot. After surrendering I was apprehended by officers Kobe Mossman, Justin Merritt, Nickolas Gallert and Jesus Rodriguez Jr

**STATEMENT OF CLAIM continued**

all officers for the city of milwaukee police department 2nd dist. All four of these officers took part in slamming me to the ground causing me to hit my head on the concrete and placing a knee on my chest. I was told by said officers to

- 3 -

American LegalNet, Inc.
www.FormsWorkFlow.com

roll to my stomach, and I replied that I couldnt due to the knee that was on my chest. At this point officers Mossman, Gallert, and Merritt had me on the ground with total control of both my arms and legs. Their was no way for me to resist or be an imminet threat to the officers safety Nor the safety of the public. As I tried to comply with the commands of the officers thats when the violent, malice, and unprovoked police burtality began. As Mossman, Gallert, and Merritt flipped me from my back to my stomach, officer Merritt gave officer Rodriguez orders to knee me.

After receiving orders from officer Merritt, officer Rodriguez began to violently knee me in my side, stomach and ribs several times causing me a great deal of unwanted pain & discomfort. The vicious and violent brutality didn't end there, officer Rodriguez continued his "malice" and violent assualt by repeatedly punching me with a closed fist in my face and head, again causing me unwanted pain & discomfort.

Once the violent and brutal assualt began I started to fear for my life and safty. I began to yell for help Due to the sheer magnitude of excessive force, misconduct, malice battery and police burtality that was taking place It took for an innocent bystander to intervene

in order for officers mossman, Gallert, merritt, and rodriguez to stop the "malice" battery.
After the violent police brutality ended I was transported to Froedert Hospital for injuries sustained from the malice battery of officers mossman, merritt, Gallert, and Rodriguez. I sustained abrasions to my face, Head, Knee, and Elbow. I also sustained a Sever "Hematoma" and blood bleed in my right eye. from the Several vicious and violent closed fist punches I received from officer rodriguez, while being held down by officers mossman, merritt, and Gallert.

The injuries to my right eye were So Server that doctors thought I was going to lose permenit vision in the eye. Since this incedent I Now have Some vision lose in my right eye, as well as migraine head aches. These are all unwanted injuries that are now causing me physical pain and discomfort a long with mental pain and anguish. While waiting for EMS to Arrive officer rodriguez verbaly told Sergeant martez Ball that he used physical force on ME. This force was in the form of Several violent knee's to the body along with numerous "vicious" and "malice" closed fist punches to the face and head. These Acts of

Case 2:26-cv-00116-SCD    Filed 01/22/26    Page 5 of 10    Document 1

Physical force Malice battery, police mis-
conduct and police burtality were not report-
ed by any of the Named officers in their
written report.

_____

**B.** State briefly your legal theory or cite appropriate authority.

The City of milwaukee is responsible for the negligent training of law enforcement officers Kobe mossman, Justin merritt, Nickolas Gallert, Jesus rodriguez Jr, and Sergent martez Ball. Under law enforcement Standards Required board Section (A) law Enforcement & tribal law enforcement Officers. The City of milwaukee is also responsible for the violation of Mr. Statham's fourteenth amendment pursuent to the Equal protection Clause and 42. U.S.C. § 1983. Officer Jewse rodriguez Jr. Violated Mr. Statham's fourth Amendment by Comitting an

## V. RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

For the damages of past pain and suffering, Future pain and suffering, partial vision lose mental pain and anguish, Court cost, medical

- 4 -

American LegalNet, Inc.
www.FormsWorkFlow.com

*bills, & Future optomitrist bills I am asking for 3 million dollars. U.S.D.*

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___ day of _____, ____.

_____
Signature of Plaintiff(s)

_____
(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s) _____

- 5 -

American LegalNet, Inc.
www.FormsWorkFlow.com

an act of "Substantial Battery" otherwise excessive force. Under the fourth Amendment No Citizen Shall be subjected to Excessive force by law Enforcement. Graham V. Connor 490. U.S. 386, 394 (1989) Dawson V. Brown 803. F.3d. 829, 833 (7t Cir 2015). An Officers force must [N]ot exceed the risk the plaintiff posed at time of Arrest.

Officer Jesus Rodriguez Jr Violated Mr. Statham's fourteenth Amendment under the Equal protection Clause and 42. U.S.C. §1983. By comitting an act of Substantial Battery pursuant to Wis. Stat. 940.19 (2).

Officer's Kobe mossman, Justin merritt, & Nickolas Gallert Violated Mr. Statham's fourteenth Amendment under the Equal protection Clause and 42 U.S.C §1983. By participating in an act of Substantial Battery Wis Stat. 940.19(2) and not rendering aid Wis. Stat. § 946.12.

Officer's Jesus Rodriguez Jr, kobe mossman, Justin Merritt, and Nickolas Gallert all Violated Mr. Statham's fourteenth Amendment under Equal protection Clause and 42 U.S.C. §1983. By comitting police misconduct for their actions, "Not rendering Aid" and their participation in the Substantial Battery of mr. Statham.

Sergent martez Ball Violated mr. Statham's fourteenth Amendment under the Equal protection clause and 42. U.S.C. 1983. By having knowledge that police misconduct had taken place and not reporting it.

Under Maild federal Claim Supported by Bailey v. City of Chi. 779 F.3d. 689, 696 (7th Cir 2015). Mr. Statham request that Charges be filed against Officer Jeuse Rodriguez for "Substantial Battery" pursuent to W.S. Stat. § 940.19(2) and "Excessive force" pursuent to Graham v. Connor 490. U.S. 386, 394 (1989). Clong with "police misconduct" pursuent to W.S. Stat § 946.12

It is also requested that Charges be filed against Officers Robe mossman, Justin Merritt, and Nickolas Gallert for Party to a Crime pursuent to W.S. Stat. § 939.05 for their participation in the Substantial Battery W.S. Stat. § 940.19(2) of mr. Statham.

Mr. Statham also request that Charges be filed against officers Robe mossman, Justin merritt, Nickolas gallert and martez Ball for police misconduct pursuent to W.S. Stat. § 946.12 for not rendering aid and reporting a crime. & for failur to protect under the Equal protection Clause and 42 USC 1983.